IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RODERICK L. BONNER, #1878165 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv373 |
| PAM PACE, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Roderick L. Bonner, a prisoner currently confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed his original complaint (Dkt. #1) pursuant to 42 U.S.C. § 1983, seeking to sue prison officials for deliberate indifference to his serious medical needs.

On March 14, 2019, counsel for Defendants filed an answer on behalf of Warden Jeffrey Catoe, the purported Defendant Warden John Doe of the Coffield Unit (Dkt. #40). On April 12, 2019, Defendants filed a motion to terminate Warden Jeffrey Catoe stating that an answer was mistakenly filed on his behalf (Dkt. #60). Defendants stated that records revealed that the correct identity of Warden John Doe was Warden Patrick Cooper. Defendants moved to terminate Warden Jeffrey Catoe. This civil action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of the motion, has been presented for consideration, and no objections having been raised by Mr. Bonner to the Report. The court is of the opinion

that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that Defendants' motion to terminate Warden Jeffrey Catoe (Dkt. #60) is **GRANTED**. The Clerk of the Court is directed to terminate Warden Jeffrey Catoe as a defendant from the court's docket in the above referenced case. The Clerk of the Court is further directed to substitute Warden Patrick Cooper as a defendant in the place of Warden John Doe, Warden of the Coffield Unit.

**SIGNED this the 29th day of September, 2019.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE